# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**KATHY PICARD**
*Plaintiff*

v.

Civil Action No.:
**3:14–CV–30115–MGM**

**LOUIS BUONICONTI**
*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    LOUIS BUONICONTI
    868 Indian Wood Lane
    Myrtle Beach SC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

**/s/ – Mary Finn**
*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2014–06–27 11:30:54.0**, Clerk USDC DMA

Civil Action No.: **3:14–CV–30115–MGM**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____ was received by me on (date)_____.

☐ I personally served the summons on the individual at (place)_____

_____on (date)_____ ; or

☐ I left the summons at the individuals residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individuals last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :

My fees are $ _____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

_____     _____
  *Date*                           *Server's Signature*

_____
*Printed name and title*

_____
*Server's Address*

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

| State of Massachusetts | County of | District Court |
|---|---|---|

Case Number: 3:14-CV-30115-MGM

Plaintiff:
**Kathy Picard**
vs.
Defendant:
**Louis Buoniconti**

For:
Murphy & Manitsas LLP
20 Maple Street Suite 301
Springfield, MA 01103

Received by Milligan & Associates LLC to be served on **LOUIS BUONICONTI, 868 Indian Wood Lane, Myrtle Beach, SC 29588**.

I, David P. Milligan, being duly sworn, depose and say that on the **25th day of July, 2014 at 1:44 pm**, I:

**Substitute Served** by leaving a true copy of this **Summons and Complaint** with the date and hour of service endorsed thereon by me, at the within named person's usual place of abode, to a person residing therein who is 15 years of age or older to wit: **Patrick Buoniconti, Brother , who upon being questioned stated that he/she resides with the defendant, and informing said person of the contents thereof.**

**Description** of Person Served: Age: 68, Sex: M, Race/Skin Color: W, Height: 5'9, Weight: 240, Hair: Gry, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 28th day of July, 2014 by the affiant who is personally known to me.

_____
NOTARY PUBLIC   4/6/23

_____
**David P. Milligan**
Process Server

**Milligan & Associates LLC**
Proinv@toast.Net
P.O. Box 4845
Florence, SC 29502-4845
(843) 667-4747
Our Job Serial Number: 2014001486
Ref: Picard v. Buoniconti

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x

CERTIFICATE OF SERVICE

       I certify that a true copy of the within document was filed through the ECF system and will be sent electronically to the registered participants as identified on the notice of electronic filing and paper copies will be sent to those indicated as non-registered participants on July 31, 2014.

       /s/ John B. Stewart
       JOHN B. STEWART (BBO #551180