UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHY PICARD, Plaintiff      ) | |
| ) | Civil Case No. 14-CV-30115-KAR |
| v.                                             ) | |
| ) | |
| LOUIS BUONICONTI, Defendant ) | |

NOTICE OF ATTORNEY LIEN
[G.L. c. 221, § 50]

Now comes John B. Stewart, a practicing attorney and member of the Massachusetts bar and the District of Massachusetts bar, of 20 Maple Street, Springfield, Massachusetts, hereby gives notice that he claims a lien for his reasonable fees and expenses upon Kathy Picard, of 238 Kendall Street, Ludlow, Massachusetts, and upon and all proceeds that may be recovered by upon execution or otherwise in the matter of Kathy Picard v. Louis Buoniconti, CA#14-CV-30115-KAR.

/s/ John B. Stewart
JOHN B. STEWART (BBO #551180)
20 Maple Street, Suite 301
Springfield, MA 01103
Ph. (413) 206-9134
E-mail: TheTrialer@aim.com

CERTIFICATE OF SERVICE

I certify a true copy of the within document was served upon each other party or counsel of record by mail on September 13, 2022.

/s/ John B. Stewart
JOHN B. STEWART