# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| **KATHY PICARD,** | ) Civil Action No. 3:14-cv-30115-KAR |
| **Plaintiff,** | ) |
| v. | ) **FIRST SET OF REQUESTS FOR** |
| | ) **THE PRODUCTION OF** |
| | ) **DOCUMENTS AND THINGS IN** |
| **LOUIS BUONICONTI,** | ) **AID OF EXECUTION TO LOUIS** |
| | ) **BUONICONTI** |
| **Defendant.** | ) |

## INTRODUCTION

Plaintiff, Kathy Picard, pursuant to Fed. R. Civ. P. 34 and Fed. R. Civ. P. 69, request that, within thirty (30) days, you, the Defendant, Louis Buoniconti, produce for inspection and copying to the offices of Bulkley, Richardson and Gelinas, LLP, 1500 Main Street, Suite 2700, Springfield, Massachusetts, 01115, the documents or tangible things described below that are in your possession, custody, or control.

## DEFINITIONS

As used in this Request for the Production of Documents and Tangible Things ("Request"), the definitions set forth in Local Rule 26.5 of the Local Rules for the United States District Court for the District of Massachusetts are incorporated herein by reference, and the additional terms listed below are defined as follows:

A.   The terms "you" or "your" mean Defendant, Louis Buoniconti, his employees, agents, representatives, consultants, accountants, attorneys, and any other person or entity acting or purporting to act on his behalf, including any person who served in any such capacity at any time during the relevant time period specified herein.

B.   The term "income" means any and all money, earnings, revenue, or payments of any kind that you received in any form, whether in cash or by check, credit or debit card, electronic transfer, or otherwise, including but not limited to wages, salaries, bonuses, commissions, distributions, dividends, interest income, rents, royalties, estate income, trust income, any and all pensions and annuities, any government or non-governmental assistance, and all other compensation or remuneration you received, whether as an employee, partner, member, shareholder, independent contractor, or otherwise, during the relevant time period.

C. The term "asset" means any property or thing of value you owned, claimed, or held any interest in, in whole or in part, including any and all real property, tangible personal property including cash, automobiles, machinery, equipment, boats, precious metals, jewelry, furniture, and fixtures, and intangible personal property including accounts receivable, notes receivable, stocks, bonds, and other securities, retirement accounts, pensions, annuities, copyrights, patents, insurance policies, and trusts and wills for which you may be a beneficiary.

D. The "relevant time period" means the time period from the commencement of this action on June 26, 2014, to the present date.

## INSTRUCTIONS

A. This Request includes every designated document or tangible thing in your possession, custody, or control, or in the possession or control of your officers, agents, servants, employees, representatives, family members, insurance carriers or any other persons or entities acting or purporting to act on your behalf. The Request includes not only every document currently known to you but also every such document that can be located or discovered by reasonably diligent efforts. Finally, this Request includes the originals and all non-identical copies, whether different from the originals by reason of any notation made on such copies or otherwise.

B. In the event that any document called for by this Request is withheld on the basis of any claim of privilege or similar claim, you are required to identify that document in your response to this Request as follows: addressor; addressee; indicated or blind copies; date; subject matter; number of pages; attachments or appendices; all persons to whom distributed, shown or explained; present custodian; and nature of the privilege asserted.

C. Documents are to be produced in full and unexpurgated form; redacted documents will not constitute compliance with this Request.

D. Documents that exist in electronic form or as electronically stored information must be produced in electronic form, in their native file formats with all metadata preserved and produced. In the event that any electronically stored information called for by this Request is withheld from production on the grounds that it is inaccessible, you are required to specify the reason that such discoverable information is inaccessible.

E. In the event that any document called for by this Request has been destroyed, you are required to identify that document in your response to this Request as follows: addressor; addressee; indicated or blind copies; date; subject matter; number of pages; attachments or appendices; all persons to whom distributed, shown or explained; date of destruction; person authorizing destruction; and person destroying the document.

F. This Request is deemed to be a continuing one and any document obtained or discovered subsequent to production which would have been produced had it been available or its existence been known is required to be supplied forthwith.

G.  All documents produced shall be organized and labeled to correspond with the request numbers below.

## REQUESTS FOR PRODUCTION

1.  All documents concerning the nature of your current occupation(s) and your occupation(s) during the relevant time period, including, but not limited to, documents identifying the names, address, and telephone number of each person or entity for whom you performed services for or were employed by during the relevant time period and identifying the amount you were paid such services or employment and the amount you are presently owed for such services or employment.

2.  All documents concerning the nature, value, and location of all assets, of any kind, that you now own or hold any interest or did during the relevant time period.

3.  All documents concerning the nature of any business venture in which, either directly or indirectly, you now own any interest or did during the relevant time period including, but not limited to, articles of incorporation or organization, partnership and/or joint venture agreements, charters, bylaws, corporate minute books, and other documents concerning such business venture(s).

4.  All documents concerning any real property you currently own, hold, or claim any type of interest in, directly or indirectly, in whole or in part, or did during the relevant time period, including any and all:

    a.  Real estate contracts (purchase or sale).

    b.  Deeds.

    c.  Appraisals.

    d.  Leases.

    e.  Licenses.

    f.  Easements.

    g.  Rights of way.

    h.  Trusts.

    i.  Liens, mortgages, deeds in trust, or other encumbrances.

    j.  Escrow agreements.

    k.  Other documents concerning any such ownership interest.

    5.    All documents concerning vehicles, aircrafts, boats, or other water vessels you currently own, hold, or claim any type of interest in, directly or indirectly, in whole or in part, or owned, held, or claimed any type of interest in, directly or indirectly, in whole or in part, during the relevant time period, including but not limited to:

    a.    Titles, licenses, and registrations.

    b.    Sales contracts, bills of sale, and other documents concerning your purchase or ownership of the vehicle, aircraft, boat, or water vessel.

    c.    Financing documents, loan documents, security agreements, and all other evidence of any other party's lien on or interest in the vehicle, aircraft, boat, or water vessel.

    d.    Documents concerning or evidencing the location of the vehicle, aircraft, boat, or water vessel.

    6.    All documents concerning any and all intangible property with a value in excess of $1,000 that you currently own, hold, or claim any type of interest in, directly or indirectly, in whole or in part, or did during the relevant time period, including but not limited to any and all:

    a.    Contracts.

    b.    Security agreements.

    c.    Stocks, bonds, or other evidence of ownership, equity, or investment in any business entity.

    d.    Patents, copyrights, trademarks, or other evidence of intellectual property rights.

    e.    Accounts receivable.

    f.    Notes receivable.

    g.    Retirement, pension, 401(k), profit-sharing, and IRA accounts.

    h.    Annuities.

    i.    All documents concerning or evidencing any other party's interest in or claim to any of your intangible personal property, including all debts or liabilities secured by, or liens, security interests, or other encumbrances in, on, or against the property.

    7.    All bank statements or other account statements for any account which you currently own, hold, or claim any type of interest in, directly or indirectly, in whole or in part, or

did during the relevant time period, at any bank, brokerage, investment firm, or other financial institution.

8. All documents concerning any policy of life insurance you currently own, hold, are covered by, or claim any type of interest in, directly or indirectly, in whole or in part, or did during the relevant time period, including but not limited to any and all policies, contracts, notices, amendments, modifications, and renewals of any such policy.

9. All documents concerning your income during the relevant time period, including but not limited to:

    a. Documents evidencing all sources of income, revenue, or remuneration of any kind, including payments for goods and services, interest income, operating income, payments on accounts receivable, commissions, agency fees, loan repayments, rents, royalties, license fees, dividends, distributions, payments concerning sales of assets, equipment, or inventory, payments on contracts, or any other payment or remuneration you received in connection with the operation of any business.

    b. State and federal income tax returns, and all related forms and schedules (including all amended returns, forms, and schedules) filed during or concerning the relevant time period.

    c. Paystubs, W-2s, 1099s, K-1s, or other evidence of any income, salary, wages, commissions, distributions, or other compensation or remuneration you received, whether as an employee, partner, member, shareholder, independent contractor, or otherwise, during the relevant time period.

    d. Financial statements, balance sheets, income statements, cash flow statements, and loan applications prepared or submitted by you or on your behalf during the relevant time period.

10. All documents concerning or evidencing any transaction in which you transferred, to any transferee, any interest in any of your assets with a value in excess of $1,000 per transaction, in whole or in part, during the relevant time period, including but not limited to:

    a. Correspondence, notes, or other records concerning the transaction.

    b. Contractual agreements, including all drafts and markups.

    c. Certificates of title or deeds.

    d. Publicly filed documents concerning the transaction.

11. All documents identifying your routine expenses, including but not limited to:

      a.      Rental obligations or other fees or payments for your living arrangements.

      b.      Outstanding loans and loan payments and/or financing charges.

      c.      Mortgage payments.

      d.      Legal, accounting, and other professional fees.

      e.      Other routine debts and expenses that occur on a regular basis.

12. All documents concerning any debts you have owed or incurred during the relevant time period, including but not limited to:

      a.      Documents identifying the name of the creditor, the amount owed, when the debt was incurred and for what reason, whether all or any portion of the debt was paid, when all or any portion was paid, and any remaining balance on all such debts.

      b.      Documents on which each such debt is based, including contracts, bills, invoices, statements, agreements, mortgages, loan agreements, and all correspondence and other documents comprising, memorializing, or evidencing communications concerning each such debt.

      c.      Documents concerning or evidencing any payment you made on any such debts.

13. All documents concerning any and all debts or liabilities owed to you by third parties, including, but not limited to, all claims, causes of action, lawsuits, judgments, or liens you now have or had at any time during the relevant time period against any third party.

                                                The Plaintiff,
                                                Kathy Picard
                                               By Her Attorney:

Dated: September 28, 2022                  /s/ *Kevin C. Maynard*
                                               Kevin C. Maynard, BBO No. 550669
                                               Bulkley, Richardson and Gelinas, LLP
                                               1500 Main Street, Suite 2700
                                               Springfield, MA 01115-5507
                                               Tel. (413) 272-6244
                                               Fax (413) 707-1746
                                               kmaynard@bulkley.com

## Certificate of Service

I, Kevin C. Maynard, hereby certify that a true and correct copy of the foregoing document was served upon the Defendant by U.S. mail on September 28, 2022.

                                */s/ Kevin C. Maynard*
                                Kevin C. Maynard

3677588