# EXHIBIT C



**Kevin C. Maynard,** Partner
*direct:* 413-272-6244
*fax:* 413-707-1746
kmaynard@bulkley.com

September 28, 2022

**VIA FIRST-CLASS MAIL**

Louis Buoniconti
20 Bolton Street
South Hadley, MA 01075

Re:     *Kathy Picard v. Louis Buoniconti*
        Civil Action No.: 3:14-CV-30115-KAR

Dear Mr. Buoniconti:

Enclosed please find the following documents with regards to the above-referenced matter:

1. First Set of Interrogatories in Aid of Execution to Louis Buoniconti; and

2. First Set of Requests for the Production of Documents and Things in Aid of Execution to Louis Buoniconti.

You must respond within the time permitted in the Federal Rules of Civil Procedure. Please contact me with any questions.

Very truly yours,

Kevin C. Maynard

KCM/kel

Enclosures

cc:     Matthew Dziok

*[Handwritten: Nothing Has changed Since 2014 Thank Somuch]*

3679633

Bulkley, Richardson and Gelinas, LLP   |   Bulkley.com
1500 Main Street, Suite 2700   |   P.O. Box 15507   |   Springfield, Massachusetts 01115   |   413-272-6200
380 Russell Street, Suite 5   |   Hadley, Massachusetts 01035   |   413-256-0002