UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

KATHY PICARD,
    Plaintiff

v.

Louis BUONICONTI
    Defendant

CIVIL ACTION No.
    14-cv-30115-KAR
    answer to their motions

1) MR Matthew Dziok has filled multiple motion with the courts and sends me Mr. Louis Buonionti the emails that I'm not able to open up. Before Mr Dziok took the case over it was Attyn Mr. Keven Maynard Both in the same Law office. Mrs. Picard had a free Lawyer Now wants me Louis Buoniconti to pay for her Lawyer when I have no money.

2) The Both Attorneys want me to do a Deposition when I have provided them with all the information they have Requested I feel Like I'm Being called a Liar, your Honor. If I'm forced to take a Deposition I'm asking the courts that my Daughter Darlene Nicely Be present Because of me being hard of hearing. Also to have my Daughter Darlene Nicely at any and all court proceeding with me because

2) of my hearing. Thank-you.

3) We Louis Buoniconti would Like to have all motion to be heard Before The judge. Thank-you Your Honor.

Very Truely yours

*[signature]*

Louis Buoniconti
470 Memorial Drive
Apt 202
Chicopee, MA,
01020