Picard
Plaintiff
V.

3:14 CV 30115 KAR.

Buoniconti
Defendant.

## Motion to Reconsider

Your Honor for 8 years her lawyer Would not talk to me 2 years later Matthew D zick tobb too me and ask how much I can PAY I SAID $100.00 A MONTH THEY REFUSED AND NOW THE COURT TAKES 75% OF MY RETIREMENT, I CAN NOT LIVE ON THIS MONEY WHICH IS $261.68, MY RENT IS 1445.00 PER MO. PLUS CAR INS, GAS SO ON AND SO FORTH FOOD, DRS VISIT MEDS ELECTRIC, GAS, CAN NOT LIVE IN SENIOR APTS BECAUSE OF THIS KND OF CASE THEY TELL ME I AM NO GOOD WHICH HURTS ME MENTIALY, SO PLEASE HELP ME JUDGE THANK YOU VERY MUCH

41 RIVIERA DR APT 41
AGAWAM, MA 01001

41 RIVIERA DR APT 41
AGAWAM, MA 01001