PICARD

V

BUONICONTI

14 CV 30115

MAY 14 AM 9:12

I LOUIS V BUONICONTI REQUEST A MEETING WITH JUDGE C. MORGAN TO TO SPEAK ON MY BEHALF OF WHAT HAPPEN WITH TO MONEY AND WHY I WAS DENIED AFAIR HEARING I AM NOT A FERS I AM CIVIL SERVICE RETIRED.

5-14-26